THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 JoAnne S.
 Miller,        Appellant.
 
 
 

Appeal From Greenville County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No.
2005-UP-491
Submitted August 1, 2005  Filed August 17, 2005  

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
 for Appellant.
 Assistant Deputy Attorney
 General Salley W. Elliott, Office of the Attorney General, of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Joanne S.
Miller appeals her convictions for assault and battery of a high and aggravated
nature and criminal domestic violence of a high and aggravated nature. 
Pursuant to Anders v. California, 386 U.S. 738 (1967), Millers counsel
attached a petition to be relieved as counsel to the final brief, stating she
reviewed the record and concluded this appeal lacks merit.  Miller did not
file a separate pro se brief. After a thorough review of the
record and counsels brief pursuant to Anders v. California, 386 U.S.
738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
we dismiss Millers appeal and grant counsels motion to be relieved.[1]
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.   

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.